| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EDWARD M. WOLKOWITZ (State Bar No. 68298)<br>RICHARD P. STEELMAN, JR. (State Bar No. 266449)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: EMW@LNBYG.COM; RPS@LNBYG.COM; JSK@LNBYG.COM<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff, Nancy J. Zamora, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**NOV 12 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY egonzale  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>GREEN NATION DIRECT CORPORATION,<br>Substantively Consolidated with, N.R.G. Investment Group<br><br>Debtor(s)<br><br>NANCY J. ZAMORA, CHAPTER 7 TRUSTEE<br><br>Plaintiff(s)<br><br>vs.<br><br>BRAYAN VASQUEZ,<br><br>Defendant(s) | CASE NO.: 1:18-bk-12698-MT<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 1:20−ap−01090−MT<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>Hearing:<br>Date:   November 10, 2021<br>Time:   11:00 a.m.<br>Place:  Originating from Courtroom 302<br>21041 Burbank Boulevard, Woodland Hills, CA 91367[1] |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Nancy J. Zamora, Chapter 7 Trustee of the bankruptcy estate of Green Nation Direct Corporation (the "Trustee") and against Defendant (*specify name*): Brayan Vasquez ("Defendant").

2. a. ☒ Plaintiff is awarded damages in the following amount:      $142,550
   b. ☐ Plaintiff is awarded costs in the following amount:         $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount: $

---

[1] More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 1                                      F 7055-1.2.DEFAULT.JMT

    d. ☐ **Plaintiff is awarded interest at the rate of** _____**% per year from the following date to the date of entry of this judgment** (*specify date from which interest shall begin to run*): _____

    e. ☒ **Plaintiff is granted the following relief** (*specify*):
The Trustee shall have judgment against Defendant in the sum of $142,550.

        ☐ See attached page

3. ☐ **This judgment or claim is determined to be non-dischargeable under:**  ☐ Bankruptcy Code §523(a) _____
    ☐ Other (*specify*):

4. ☐ **The court further orders:**

    ☐ See attached page

###

Date: November 12, 2021

*[signature: Maureen A. Tighe]*
Maureen A. Tighe
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 2   **F 7055-1.2.DEFAULT.JMT**